UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21488-CIV-HUCK/O'SULLIVAN

JOSE ERNESTO MARTINEZ,
        Plaintiff,
vs.

PUBLIC STORAGE,
        Defendant.
_____/

## ORDER

THIS MATTER is before the Court on an informal discovery conference held before the undersigned on September 22, 2009. Having heard argument in this matter, it is

ORDERED AND ADJUDGED that on or before September 29, 2009, the defendant shall provide the subject grids, blueprints, and schematics in the same size that the defendant has the documents. If such production is not satisfactory to the plaintiff, upon further request, the defendant shall provide the subject documents in electronic format. It is further

ORDERED AND ADJUDGED that the defendant need not produce the requested insurance policies. It is further

ORDERED AND ADJUDGED that the defendant may depose the plaintiff on the new facts alleged in the Amended Complaint. The combined deposition time may not exceed a total of seven hours. It is further

ORDERED AND ADJUDGED that for the reasons stated on the record the defendant has failed to meet the requirement of FRCP 35. The defendant's request for

an independent medical examination of the plaintiff is denied.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 22nd day of September, 2009.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Huck
All counsel of record