UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21488-CIV-HUCK/O'SULLIVAN

JOSE ERNESTO MARTINEZ,

    Plaintiff,

v.

PUBLIC STORAGE,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on Plaintiff's Motion for Attorneys' Fees, Experts' Fees, Litigation Expenses and Costs (Doc. #116), filed December 2, 2009. On March 27, 2010, the Honorable John J. O'Sullivan, United States Magistrate Judge, entered a Report and Recommendation (Doc. #134), recommending that the motion be granted in part and denied in part and that an award of fees and costs be entered in favor of Plaintiff and against Defendant as follows:

-     $93,442.50 for attorneys' fees;
-     $0.00 for attorneys' litigation expenses and costs; and
-     $3,350.00 for experts' fees.

Both parties filed objections to the Report and Recommendation, and the Court scheduled a hearing for June 3, 2010. However, on June 1, 2010, the parties filed a joint motion to withdraw their objections to the Report and Recommendation (Doc. #141). The joint motion asks the Court to cancel the hearing and to adopt Judge O'Sullivan's Report and Recommendation. Accordingly, the Court adopts the findings of fact and conclusions in the Report and Recommendation, and it is hereby

ORDERED that the parties' joint motion (Doc. #141) is GRANTED and the hearing scheduled for June 3, 2010 is CANCELLED. The Report and Recommendation (Doc. #134) is ADOPTED. Plaintiff's Motion for Attorneys' Fees, Experts' Fees, Litigation Expenses and Costs (Doc. #116) is GRANTED IN PART, DENIED IN PART. Plaintiff is awarded attorneys' fees in the amount of $93,442.50 and experts' fees in the amount of $3,350.00.

DONE AND ORDERED in Chambers, Miami, Florida, June 2, 2010.

_____
Paul C. Huck
United States District Judge

**Copies furnished to:**
Magistrate Judge John J. O'Sullivan
All Counsel of Record